[No. 52405-4-I.   Division One.   March 1, 2004.]

WCHS, INC., ET AL., *Respondents*, v. THE CITY OF LYNNWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-05624-1, Ellen J. Fair, J., entered May 5, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Schindler, JJ. Now published at 120 Wn. App.668.


[No. 52774-6-I.   Division One.   March 1, 2004.]

*In the Matter of the Detention of* W.H.

THE STATE OF WASHINGTON, *Respondent*, v. W.H., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-6-00595-1, Meagan M. Foley, J. Pro Tem., entered October 15, 2002. *Affirmed* by unpublished per curiam opinion.


[No. 28310-7-II.   Division Two.   March 2, 2004.]

*In the Matter of the Detention of* ERIC ST. JOHN.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-2-01594-1, Stephen M. Warning, J., entered January 15, 2002. *Affirmed* by unpublished opinion per Seinfeld, J, concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.